**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

AUG 3 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

JOSE GILBERTO TORRES,

Petitioner,

v.

LORETTA E. LYNCH, Attorney General,

Respondent.

No.   14-73900

Agency No. A070-941-811

MEMORANDUM*

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 26, 2016**

Before:    SCHROEDER, CANBY, and CALLAHAN, Circuit Judges.

Jose Gilberto Torres, a native and citizen of El Salvador, petitions for review

of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision denying his application for asylum and withholding

of removal.   We have jurisdiction under 8 U.S.C. § 1252.   We review for

---

\*        This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.   *See* Fed. R. App. P. 34(a)(2).

substantial evidence the agency's factual findings. *Wakkary v. Holder*, 558 F.3d 1049, 1056 (9th Cir. 2009). We deny the petition for review.

Substantial evidence supports the agency's determination that Torres failed to establish a well-founded fear of future persecution from gang members on account of a protected ground. *See INS v. Elias-Zacarias*, 502 U.S. 478, 483 (1992). We reject Torres' contentions that the agency applied an incorrect legal standard, or otherwise erred in analyzing his case. Thus, his asylum and withholding of removal claims fail. *See Zetino v. Holder*, 622 F.3d 1007, 1011 (9th Cir. 2010).

**PETITION FOR REVIEW DENIED.**